UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JIMMY WANG, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., HARVEY J. BERGER, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and EDWARD M. FITZGERALD,<br><br>                Defendants, | Civil Action No. 1:13-CV-12544 (JLT) |

## JOINT STIPULATION AND MOTION REGARDING SCHEDULING AND PLEADING

The undersigned parties, by and through their counsel, hereby move this Court for a scheduling order addressing the time requirements set forth in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78a-4 (the "PSLRA"). Subject to Court approval, the parties agree that defendants' response to the operative complaint[1] shall be made within (60) days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the PSLRA, or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court Order issued in connection with the selection of a lead plaintiff or otherwise.

The parties further stipulate subject to Court Order that any Consolidated Amended Complaint shall be filed by plaintiff within sixty (60) days after entry of a Court Order appointing lead plaintiff. Plaintiff shall advise defendants whether plaintiff intends to file a consolidated amended complaint within seven (7) days after entry of a Court Order appointing lead plaintiff.

---

[1] Defendant Ariad Pharmaceuticals, Inc., has been served with the complaint, and counsel for Defendants has agreed to waive service for the individual defendants.

In addition, if defendants' response to the operative complaint is a motion to dismiss, the parties stipulate that lead plaintiff's opposition to defendants' motion to dismiss shall be filed within sixty (60) days after defendants' filing of such motion to dismiss, and defendants shall have thirty (30) days from the filing of lead plaintiff's opposition to file any reply to such opposition.

The parties respectively request that the Court approve the foregoing schedule as no prior extensions have been sought and this request is not presented for purposes of delay.

Dated: November 1, 2013

Respectfully submitted,

JIMMY WANG,
By his attorneys,

ARIAD PHARMACEUTICALS, INC., HARVEY J. BERGER, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and  EDWARD M. FITZGERALD,
By their attorney,

/s/ Adam M. Stewart
Edward F. Haber (BBO #215620)
Adam M. Stewart (BBO #661090)
SHAPIRO, HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939
(617) 439-0134 (fax)
ehaber@shulaw.com
astewart@shulaw.com

/s/ John F. Sylvia
John F. Sylvia (BBO #555581)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel.: (617) 542-6000
Fax: (617) 542-2241
jfsylvia@mintz.com

Marc I Gross
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Park Avenue, 20th Floor
New York, NY  10016
(212) 661-1100
(212) 661-8665 (fax)
migross@pomlaw.com
jalieberman@pomlaw.com

-and-

Patrick V. Dahlstrom
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
16 South LaSalle Street, Suite 3505
Chicago, IL  60603
(312) 377-1181
(312) 377-1184 (fax)
pdahlstrom@pomlaw.com


SO ORDERED this _____ day of _____, 2013.


_____
Joseph L. Tauro
United States District Judge

24544799v.1

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants on this 1st day of November, 2013.

_____/s/ John F. Sylvia_____

24588093v.1