**EXHIBIT B**

GLANCY BINKOW & GOLDBERG LLP

**SWORN CERTIFICATION OF PLAINTIFF**
**ARIAD PHARMACEUTICALS, INC. SECURITIES LITIGATION**

I, Joseph Massaglia, certify that:

1. I have reviewed the Complaint and authorized its filing.

2. I did not purchase ARIAD Pharmaceuticals, Inc., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in ARIAD Pharmaceuticals, Inc. during the Class Period set forth in the Complaint are as follows:

    I bought 9,354 shares on 9/13/2013 at $20.75 per share.
    I bought 7,887 shares on 9/13/2013 at $20.85 per share.
    I bought   347 shares on 9/13/2013 at $20.65 per share.
    I bought 5,000 shares on 9/13/2013 at $20.70 per share.

    I sold 22,588 shares on 10/11/2013 at $4.25 per share.

5. I have not served as a representative party on behalf of a class under federal securities laws during the past three years.

6. I will not accept any payment for serving as a representative party, except to receive my pro-rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 11/21/13

[Please Sign Your Name Above]
JOSEPH MASSAGLIA