**EXHIBIT C**

| Company Name: | ARIAD Pharmaceuticals, Inc. | | Loss Chart | | | |
|---|---|---|---|---|---|---|
| Movant: | Joseph Massaglia | | | | | |
| | | | | | | |
| Class Period: | December 12, 2011 - October 8, 2013 | | | | | |
| | | | | | | |
| | | | | | | |
| Date | Shares | Price Bought | Total Bought | Price Sold* | Total Sold: | Balance |
| | | | | | | |
| | | | | | | |
| 9/13/2103 | 9,354 | $20.7500 | -$194,095.5000 | | $0.0000 | -$194,095.50 |
| 9/13/2103 | 7,887 | $20.8500 | -$164,443.9500 | | $0.0000 | -$164,443.95 |
| 9/13/2103 | 347 | $20.6500 | -$7,165.5500 | | $0.0000 | -$7,165.55 |
| 9/13/2103 | 5,000 | $20.7000 | -$103,500.0000 | | $0.0000 | -$103,500.00 |
| | | | | | | |
| 10/11/2013 | -22,588 | | $0.0000 | $5.1667 | $116,705.4196 | $116,705.42 |
| | | | | | | |
| | | | | | | |
| Shares Remaining: | 0 | | | | Subtotal: | -$352,499.58 |
| As of Date: | 12/9/2013 | | 90-Day Average Price | Shares Remaining | 90-Day Average: | $0.00 |
| | | | $3.5300 | 0 | Total: | -$352,499.58 |
| *Shares sold are valued at the post-Class Period daily average up to the sale date. | | | | | | |