# EXHIBIT 1

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Search Finance    Search Web    Sign In    Mail

Wed, Nov 20, 2013, 12:13pm EST - US Markets close in 3 hrs and 47 mins

**Recent**   % | $
- ARIA    -1.53%
- MDXG   +1.37%
- LBSV   -14.29%
- RXPC    0.00%
- UTRA    0.00%
- ACPW   +1.32%
- CATA    0.00%
- PTIE   +0.27%
- PTR    +0.17%
- FBNIQ   +7.69%

More ›

- Finance Home
- My Portfolio
- Market Data
- Company News
- Economic News
- Personal Finance
- Yahoo Originals
- CNBC





/   14.29%   R

Compare Brokers

# Pomerantz Law Firm Has Filed a Class Action Against ARIAD Pharmaceuticals, Inc. and Certain Officers -- ARIA

Pomerantz Grossman Hufford Dahlstrom & Gross LLP
October 10, 2013 7:25 PM

NEW YORK, Oct. 10, 2013 (GLOBE NEWSWIRE) -- Pomerantz Grossman Hufford Dahlstrom & Gross LLP has filed a class action lawsuit against ARIAD Pharmaceuticals, Inc. ("ARIAD" or the "Company") (ARIA) and certain of its officers. The class action, filed in United States District Court, District of Massachusetts, and docketed under 13-cv-12544, is on behalf of a class consisting of all persons or entities who purchased or otherwise acquired securities of ARIAD between December 12, 2011 and October 8, 2013 both dates inclusive (the "Class Period"). This class action seeks to recover damages against the Company and certain of its officers and directors as a result of alleged violations of the federal securities laws pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

If you are a shareholder who purchased ARIAD securities during the Class Period, you have until December 9, 2013 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, x237. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

ARIAD is a global oncology company focused on the discovery, development and commercialization of medicines to transform the lives of cancer patients. The Company's approach to structure-based drug design has led to several molecularly targeted medicines for drug-resistant or difficult-to-treat cancers.

The Complaint alleges that throughout the Class Period, Defendants represented that the Company's leukemia drug Iclusig (ponatinib), based on its clinical data from its pivotal PACE trial of Iclusig, was safe and effective, without serious adverse events such as serious arterial thrombotic and cardiovascular events. Specifically, on December 11, 2011, ARIAD announced preliminary clinical data from the PACE trial, which purportedly yielded "strong clinical evidence of the anti-leukemic activity of ponatinib". Moreover, the Company touted the "favorable safety and tolerability profile of ponatinib". Based upon these representations, the Company achieved FDA approval for Iclusig on December 14, 2012.

On October 9, 2013, the Company updated the data from its PACE trial, revealing that the drug was shown to cause a higher rate of blood clots and heart-related side effects than previously disclosed. Specifically, the Company disclosed that serious arterial thrombosis occurred in a staggering 11.8% of Iclusig-treated patients, and that 6.2% of the patients had cerebrovascular events. As a result, the FDA placed a hold on new patient enrollment for Iclusig testing, and the Company advised patients currently receiving the drug to lower their dosage. On this news, ARIAD shares declined $11.31 per share or nearly 66%, to close at $5.83 per share on October 9, 2013.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and San Diego, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

Contact:

    Robert S. Willoughby
    Pomerantz Grossman Hufford Dahlstrom & Gross LLP
    rswilloughby@pomlaw.com

View Comments (0)

**Top Stories**
- How 'Punishing' Banks Could Hurt the Economy
- Cyber Retail Makes Every Day 'Black Friday'
- 3 Things That Would Create Jobs, Spur Economy
- Holiday Sales May Suffer Due to 'Crushed' Middle Class
- Earnings Stock Watch: J.C. Penney Surges, Lowe's Falls

**Related Quotes**
ARIA  2.57  -1.53%

Ariad Pharmaceuticals Inc.   ★ Follow
2.57  -0.04 (1.53%)
NasdaqGS   12:13PM EST

2 Pharmas That Should Move After 55th ASH Meeting  Seeking Alpha  1 hr 33 mins ago
ARIAD PHARMACEUTICALS INC Financials  EDGAR Online Financials  23 hrs ago
More

**Sponsored Links**

**6 STOCKS TO HOLD FOREVER**
WealthyRetirement.com/Retirement
These 6 stocks put your retirement portfolio ahead of the income game.



**10 BEST CREDIT CARDS**
www.comparecards.com
Compare Credit Cards with 0% APR. Lock-in 0% APR for 18 Months Today!



**AMERICAN AIR BANKRUPTCY**
www.tannorpartners.com
TP Will Buy Your AMR Corp. Claim Sell your CH 11 Claim For Cash Now!



**Yahoo Finance Originals**
- Poverty Is America's "Only Growth Sector": Howard …
- Uncle Sam's Need to 'Punish' Banks Will Have "Chilling …
- Cyber Retail Makes Every Day 'Black Friday'

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

[Search Finance]  [Search Web]                        Sign In    Mail

**Lowe's 3Q results rise, lifts fiscal 2013 outlook**
Lowe's third-quarter net income increased 26 percent, as the home-improvement retailer was bolstered by the housing market's ongoing recovery. Its earnings were a penny per share short of Wall Street expectations, ...
Associated Press

**Mortgage Rates Fall to 2.82% APR**                                         AdChoices
Don't pay more than you have to every month! Get multiple new mortgage offers in minutes. Can't hurt to look. It's free.
LendingTree.com  Sponsored

**A New Billionaire Emerges From Devon Energy's $6 Billion Deal For GeoSouthern**
All told, GeoSouthern CEO George Bishop could have a net worth in excess of $4 billion.
Forbes    20 mins ago

**Qualcomm unveils new mobile chips as investors eye Asia**
Qualcomm (NSQ:QCOM) announced a handful of new chips for mobile and networking gadgets ahead of its annual investor event on Wednesday, where analysts are likely to quiz executives about a shift in smartphone growth from the
Reuters

**Bank Stock Weakness Has Some Wondering if a Correction Is on the Way**
With financial stocks lagging behind the broader market in recent months, some chart-watchers are warning the stock market's march into record territory could be in jeopardy.
The Wall Street Journal    38 mins ago

**Gray Television buys TV stations from Hoak Media**
Gray Television Inc. and Excalibur Broadcasting LLC said Wednesday that they reached a series of deals through which they will acquire a total of 15 television stations in seven markers from Hoak Media ...
Associated Press

**Oppenheimer has a wild 2014 market prediction**
Oppenheimer expects the market to continue its bullish behavior into next year, with the S&P 500 finishing 2014 at the pinpoint figure of...2,014.
CNBC

**Analysts React: J.P. Morgan's Stock Is a Winner From the Settlement**
Analysts and shareholders think $13 billion was a good deal for J. P. Morgan and see upside in the bank's stock.
The Wall Street Journal

**Tesla Down Another 4% After Analyst Downgrade**
Tesla is down 4% to $120.85. The stock is...
Business Insider

**Nissan GT-R Nismo (18 photos)**
Unveiled at the Tokyo Motor Show, the Nissan GT-R Nismo represents the fastest GT-R ever built — and with a Nurburgring lap of 7:08 minutes, one of the fastest production sports cars in the world.
Yahoo Autos

**This Adtech Startup Just Hired Microsoft's First-Ever Employee**
Marc McDonald, the first-ever salaried employee...
Business Insider

**How To Hire The Best: Are Job Applicants Looking for a Job or a Career? Do They Know Their Talents?**
Hiring employees can be time consuming and expensive. Havingstarted six companies I understand that. So you want
Huffington Post    51 mins ago

**GOLDMAN: Here Are The 10 Big Market Themes For 2014**
Goldman Sachs economic team is out with its own...
Business Insider  13 mins ago

**Social Snaps: Week of Nov. 18, 2013 (14 photos)**
Check out the best personal pics stars are sharing on social media this week!

**See Black Friday Deals for New Cars in New York**                         AdChoices
Don't pay MSRP. Save yourself both time and money this Black Friday. Find great Black Friday discounts for your new car before you buy.
CarPriceSecrets.com  Sponsored

**Wall Street banks must abandon 'cottage industry' model -McKinsey**
The biggest Wall Street banks have not done nearly enough to boost shareholder returns, despite years of cost-cutting and tailoring balance sheets to a more profitable mix, consulting firm McKinsey & Co said in a report released on Wednesday
Reuters

**Deere Forecast Tops Estimates as Construction Demand Seen Rising**
Deere & Co., the world's largest maker of agricultural equipment, forecast better-than-forecast earnings for its 2014 fiscal year on rising demand for construction machinery in the U.S.
Bloomberg

**Google Data Privacy Rules Curb Users' Rights, German Court Says**
Google Inc., which has faced scrutiny from privacy regulators across Europe, was told by a German court that 25 provisions in its data protection rules limit the rights of its users.
Bloomberg

**IKEA Germany sees 10 percent of sales moving online**
* IKEA Germany sees 2013/14 online sales of 150 mln euros * Sees space for another 20 stores in Germany BERLIN,

**Market News**

Huge Drawdown in Distillates as Cold Snap Takes Ho …
04:17

Who Wins With the Devon Deal? - Blackstone
03:03

Ford EVP: Focused on fundamentals
01:58

Copyright © 2013 <a href="http://www.globenewswire.com/">GlobeNewswire</a>. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. GlobeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

Data Disclaimer
Help / Suggestions   Privacy   About Our Ads   Terms