# EXHIBIT 3

| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | # SHARES RETAINED | Lookback $ Value RETAINED SHARES ($3.828) | APPROXIMATE LOSS |
|---|---|---|---|---|---|---|---|
| Kenneth Canaway | 10/8/2013 | 19000 | $ (16.96) | $ (322,240.00) | 19000 | $ 72,732.00 | $ (249,508.00) |