# Exhibit A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Franz Gschiegl and Winfried Buchbauer, on behalf of ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. ("Erste"), for account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against ARIAD Pharmaceuticals, Inc. ("ARIAD") and designate Motley Rice LLC as proposed lead counsel for Erste in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of Erste and the Funds' behalf, including litigation against ARIAD and any other defendants.

3. Erste did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Erste is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Erste also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. Erste will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. Erste has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Mark Smilovits v. First Solar, Inc. et al.*, 12-cv-00555 (DGC) (D. Ariz. 2012).

7. Erste understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions Erste made on behalf of the Funds during the Class Period that are subject of this litigation. Erste will provide records of those transactions upon request.

9. Erste is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 15th day of November 2013.

For ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H.:

_____          _____
Franz Gschiegl, Managing Director           Winfried Buchbauer, Legal Counsel

## Schedule A

### ARIAD Pharmaceuticals, Inc. (NASDAQ: ARIA)
### Class Period: 12/12/11 - 10/08/13

| Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. | | Date | Shares | Price |
|---|---|---|---|---|
| **DWS (AUSTRIA) VERMOEGENSBILDUNGSFONDS** | | | | |
| | Purchases: | 08/12/13 | 24,000 | $18.5213 |
| | | | | |
| **ESPA STOCK BIOTEC** | | | | |
| | Purchases: | 01/13/12 | 7,000 | $14.3874 |
| | | 06/19/12 | 3,000 | $17.5523 |
| | | 09/10/12 | 2,600 | $22.3600 |
| | | 06/28/13 | 5,600 | $17.6196 |
| | | 07/17/13 | 2,300 | $19.4150 |
| | | 07/23/13 | 3,950 | $19.3879 |
| | | 08/01/13 | 4,200 | $18.8130 |
| | Sales: | 11/12/12 | 3,000 | $21.1965 |
| | | 12/06/12 | 3,800 | $21.8589 |
| | | 12/28/12 | 4,000 | $19.4846 |
| | | | | |
| **K 114** | | | | |
| | Purchases: | 12/17/12 | 24,650 | $19.9708 |
| | | 12/18/12 | 11,450 | $20.0217 |
| | | 12/19/12 | 825 | $20.0995 |
| | | 12/21/12 | 3,975 | $20.2993 |
| | | 12/24/12 | 2,700 | $20.3368 |
| | | 12/26/12 | 4,400 | $20.2276 |
| | | 01/10/13 | 7,000 | $19.6714 |
| | | 01/11/13 | 10,000 | $19.4473 |
| | | 02/05/13 | 10,000 | $20.0844 |
| | Sales: | 06/04/13 | 20,000 | $17.1593 |