**EXHIBIT B**

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Glenn S. Klocko, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Comptroller and Trustee of the City of Bristol Pension Fund ("Movant").

2. I have reviewed the Complaint in this matter and authorize this filing on behalf of Movant.

3. Movant is willing to serve as a representative party on behalf of those who purchased ARIAD Pharmaceuticals, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant purchased and/or sold the security that is the subject of this action as set forth on the attached Schedule A.

5. Movant did not engage in the foregoing transactions at the direction of counsel or in order to participate in this action or any other action arising under the federal securities laws.

6. During the three-year period preceding the date of my signing this Certification, Movant has sought to serve or has served as a representative party or lead plaintiff on behalf of a class in the following private actions arising under the federal securities laws:

*City of Bristol Pension Fund v. Vertex Pharmaceuticals, Inc.*, 1:12-cv-11654-FDS (D. Mass.) -- Moved to be appointed as lead plaintiff and was appointed.

*City of Royal Oak Retirement System v. Juniper Networks, Inc.*, 5:11-cv-04003-LHK (N.D. Cal.) -- Moved to be appointed as lead plaintiff and was appointed.

*Smilovits v. First Solar Incorporated*, 2:12-cv-00555-DGC (D. Ariz.) -- Moved to be appointed as lead plaintiff and, but was not appointed.

7.      Movant will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at ___Bristol, CT___. (City, State)

CITY OF BRISTOL PENSION FUND

___12/3/2013___                                 _____[signature]_____
Date                                            Glenn S. Klocko

2

## SCHEDULE A

## CITY OF BRISTOL PENSION FUND

Class Period Transactions in ARIAD Pharmaceuticals, Inc.
(December 12, 2011 through October 8, 2013, inclusive)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 11/15/2012 | Buy | 31,141 | $19.52 |
| 12/14/2012 | Buy | 29,609 | $20.08 |
| 12/17/2012 | Sell | -13,750 | $20.07 |