# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Nabil Elmachtoub ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against ARIAD Pharmaceuticals, Inc. and has authorized its filing and the filing of a lead plaintiff motion.

2. Plaintiff selects Faruqi & Faruqi, LLP as Plaintiff's counsel for purposes of prosecuting this action and Plaintiff's claims against the defendants.

3. Plaintiff did not purchase or sell the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transactions in ARIAD Pharmaceuticals, Inc. securities that are the subject of the complaint and occurred during the class period specified in the complaint are set forth in the chart attached hereto.

6. In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

7. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 6th day of December 2013.

_____
Nabil Elmachtoub

| Transaction<br>(Purchase or Sale) | Trade Date | Price Per Share | Quantity |
|---|---|---|---|
| Sale of Apr. 20, 2013 20.0 Put | 03/01/2013 | $1.00 | 42 |
| Sale of Jun. 22, 2013 21.0 Put | 03/15/2013 | $1.60 | 100 |
| Sale of Apr. 20, 2013 20.0 Put | 03/21/2013 | $1.00 | 78 |
| Sale of May 18, 2013 20.0 Call | 04/04/2013 | $0.50 | 120 |
| Purchase of Common Stock | 04/22/2013 | $20.00 | 12,000 |
| Assignment of Apr. 20, 2013 20.0 Put | 04/22/2013 | $0.00 | 120 |
| Sale of Jun. 22, 2013 20.0 Call | 05/07/2013 | $0.80 | 120 |
| Expiration of May 18, 2013 20.0 Call | 05/20/2013 | $0.00 | 120 |
| Expiration of Jun. 22, 2013 20.0 Call | 05/29/2013 | $0.00 | 120 |
| Purchase of Common Stock | 06/24/2013 | $21.00 | 10,000 |
| Assignment of Jun. 22, 2013 21.0 Put | 06/24/2013 | $0.00 | 100 |
| Sale of Jul. 20, 2013 20.0 Call | 07/01/2013 | $0.50 | 100 |
| Sale of Aug. 17, 2013 21.0 Call | 07/01/2013 | $0.80 | 120 |
| Sale of Common Stock | 07/22/2013 | $20.00 | 10,000 |
| Assignment of Jul. 20, 2013 20.0 Call | 07/22/2013 | $0.00 | 100 |
| Sale of Oct. 19, 2013 18.0 Put | 08/13/2013 | $1.80 | 120 |
| Expiration of Aug. 17, 2013 21.0 Call | 08/19/2013 | $0.00 | 120 |
| Sale of Oct. 19, 2013 23.0 Call | 09/05/2013 | $1.50 | 120 |
| Sale of Nov. 16, 2013 18.0 Put | 10/07/2013 | $1.30 | 125 |
| Purchase of Common Stock | 10/10/2013 | $18.00 | 2,500 |
| Assignment of Oct. 19, 2013 18.0 Put | 10/10/2013 | $0.00 | 25 |
| Purchase of Common Stock | 10/14/2013 | $18.00 | 2,500 |
| Assignment of Oct. 19, 2013 18.0 Put | 10/14/2013 | $0.00 | 25 |
| Purchase of Common Stock | 10/16/2013 | $18.00 | 700 |
| Assignment of Nov. 16, 2013 18.0 Put | 10/16/2013 | $0.00 | 7 |
| Expiration of Oct. 19, 2013 23.0 Call | 10/21/2013 | $0.00 | 120 |
| Purchase of Common Stock | 10/21/2013 | $18.00 | 3,800 |
| Assignment of Nov. 16, 2013 18.0 Put | 10/21/2013 | $0.00 | 38 |
| Purchase of Common Stock | 10/21/2013 | $18.00 | 7,000 |
| Assignment of Oct. 19, 2013 18.0 Put | 10/21/2013 | $0.00 | 70 |

| Transaction (Purchase or Sale) | Trade Date | Price Per Share | Quantity |
|---|---|---|---|
| Purchase of Common Stock | 11/18/2013 | $18.00 | 8,000 |
| Assignment of Nov. 16, 2013 18.0 Put | 11/18/2013 | $0.00 | 80 |