# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY WANG, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:13-cv-12544 (JLT) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| ARIAD PHARMACEUTICALS, INC., HARVEY J. BERGER, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and EDWARD M. FITZGERALD, | |
| Defendants. | |
| JAMES L. BURCH, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:13-cv-12626 (WGY) |
| Plaintiff, | |
| v. | |
| ARIAD PHARMACEUTICALS, INC., HARVEY J. BERGER, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and EDWARD M. FITZGERALD, | |
| Defendants. | |

*(Caption continued on next page)*

## MOTION OF THE ARIAD INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION <u>OF LEAD AND LIAISON COUNSEL</u>

| | |
|---|---|
| GREATER PENNSYLVANIA CARPENTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., HARVEY J. BERGER, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and EDWARD M. FITZGERALD,<br><br>    Defendants. | Case No. 1:13-cv-13082 (WGY) |
| NABIL ELMACHTOUB, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ARIAD PHARMACEUTICALS, INC., HARVEY J. BERGER, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and EDWARD M. FITZGERALD,<br><br>    Defendants. | Case No. 1:13-cv-13109 (JLT) |

PLEASE TAKE NOTICE that Joseph Bradley, City of Fort Lauderdale Police & Fire Retirement System, Pension Trust Fund for Operating Engineers, and Automotive Industries Pension Trust Fund (collectively, the "ARIAD Investor Group") respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned class actions for all purposes, pursuant to Fed. R. Civ. P. 42(a) as well as all related pending, subsequently filed, transferred or removed actions; (2) appointing the ARIAD Investor Group as Lead Plaintiff in the consolidated action on behalf of all persons or entities who purchased or otherwise acquired Ariad Pharmaceuticals, Inc. securities; (3) approving Lead Plaintiff's selection of Milberg LLP and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel and Berman DeValerio as Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the ARIAD Investor Group believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the ARIAD Investor Group believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $3.3 million in losses that it incurred on the 345,000 shares of ARIAD stock that it purchased during the Class Period.  The ARIAD Investor Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

In support of this motion, the ARIAD Investor Group submits the accompanying Memorandum of Law, declaration of Glen DeValerio, the exhibits attached hereto, all of the

1

prior pleadings in the actions, and such other written and/or oral argument, as may be presented to the Court.

Dated: December 9, 2013

Respectfully submitted,

**BERMAN DEVALERIO**
*/s/ Glen DeValerio*
Glen DeValerio (BBO #122010)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: gdevalerio@bermandevalerio.com

***[Proposed] Liaison Counsel for the Class***

**MILBERG LLP**
Andrei V. Rado
Jessica J. Sleater
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868- 1229
arado@milberg.com
jsleater@milberg.com

***[Proposed] Lead Counsel for the Class***

Gerald H. Silk
Avi Josefson
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

-and-

Blair. A. Nicholas
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

2

12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Tel: 858-793-0070
Fax: 858-793-0323
blairn@blbglaw.com

***[Proposed] Lead Counsel for the Class***

## **CERTIFICATE OF SERVICE**

I, Glen DeValerio, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2013.

/s/ *Glen DeValerio*
Glen DeValerio