UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>ARIAD PHARMACEUTICALS, INC., et al.,<br><br>  Defendants. | No. 1:13-cv-12544-JLT<br><br>CLASS ACTION |

DECLARATION OF ALAN L. KOVACS IN SUPPORT OF MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

898695_1

I, Alan L. Kovacs, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of Massachusetts and this Court. I am proposed liaison counsel for proposed lead plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust (the "Retirement Trust") and North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund (the "Pension Fund") (collectively, the "Retirement Trust and Pension Fund") in the above-captioned action. I make this declaration in support of the Retirement Trust and Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  October 10, 2013 press release issued by counsel for *Wang* plaintiff via *GlobeNewswire*;

Exhibit B:  The Retirement Trust and Pension Fund's Certifications;

Exhibit C:  Chart of the Retirement Trust and Pension Fund's estimated losses;

Exhibit D:  Joint Declaration by the Retirement Trust and Pension Fund; and

Exhibit E:  Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of December, 2013, at Boston, Massachusetts.

                                                       s/ Alan L. Kovacs
                                      ALAN L. KOVACS (BBO# 278240)

CERTIFICATE OF SERVICE

I, Alan L. Kovacs, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and papers copies will be sent to those indicated as non-registered participants on December 9, 2013.

Dated: December 9, 2013

                                              s/ Alan L. Kovacs
                                              ALAN L. KOVACS