# Exhibit A

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Joseph Bradley, certify that:

1. I have reviewed a complaint in this matter in applying for Lead Plaintiff status and for all other purposes.
2. I authorize Milberg LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.
3. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
4. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
5. I have not and will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.
7. I have listed below all my transactions in the securities of Ariad Pharmaceuticals, Inc.(NASDAQ: ARIA) during the Class Period referenced in the complaint as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchases and Sales | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| SEE ATTACHED SCHEDULE A ||||| 

8. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws, except as described below (if any): None

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this  22  day of  October , 2013

Joseph Bradley
Name (Joseph Bradley)

Joseph Bradley
Signature

Schedule A
Joseph Bradley Transaction(s) in
Ariad Pharmaceuticals, Inc. (NASDQ:ARIA)

Purchase(s):

| Date | Shares | Price |
|---|---|---|
| 1/17/2013 | 20,000 | 20.54 |
| 1/18/2013 | 10,000 | 20.15 |
| 1/23/2013 | 10,000 | 20.01 |
| 1/24/2013 | 20,000 | 19.57 |
| 2/8/2013 | 20,000 | 19.73 |
| 3/22/2013 | 20,000 | 19.78 |
| 3/22/2013 | 20,000 | 19.63 |
| 3/22/2013 | 20,000 | 19.64 |
| 3/25/2013 | 20,000 | 18.50 |
| 3/26/2013 | 15,000 | 18.38 |
| 3/26/2013 | 5,000 | 18.38 |
| 3/26/2013 | 20,000 | 18.13 |
| 4/4/2013 | 5,000 | 17.46 |
| 4/4/2013 | 15,000 | 17.46 |
| 5/16/2013 | 20,000 | 16.46 |

Sale(s):

| Date | Shares | Price |
|---|---|---|
| 7/12/2013 | 20,000 | 19.87 |
| 8/2/2013 | 10,000 | 19.87 |
| 8/2/2013 | 10,000 | 19.87 |
| 9/4/2013 | 20,000 | 20.12 |
| 10/9/2013 | 20,000 | 4.97 |
| 10/9/2013 | 20,000 | 4.97 |
| 10/9/2013 | 20,000 | 5.38 |
| 10/9/2013 | 20,000 | 5.38 |
| 10/9/2013 | 20,000 | 5.78 |
| 10/9/2013 | 15,000 | 5.78 |
| 10/10/2013 | 5,000 | 5.37 |
| 10/10/2013 | 20,000 | 5.37 |
| 10/10/2013 | 15,000 | 5.37 |

| | | | |
|---|---|---|---|
| **FINAL SALE:** | **10/29/13** | **25,000** | **3.97** |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Lynn Wenguer, on behalf of City of Fort Lauderdale Police & Fire Retirement System ("Fort Lauderdale"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Pension Administrator of Fort Lauderdale. I have reviewed a complaint filed in this matter. Fort Lauderdale has authorized the filing of this motion for appointment as lead plaintiff.

2. Fort Lauderdale did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Fort Lauderdale is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Fort Lauderdale fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Fort Lauderdale's transactions in the Ariad Pharmaceuticals, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Fort Lauderdale has not sought to serve as a lead plaintiff and representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Fort Lauderdale will not accept any payment for serving as a representative party on behalf of the Class beyond Fort Lauderdale' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of December, 2013.

Lynn Wenguer
Pension Administrator
*City of Fort Lauderdale*
*Police & Fire Retirement System*

**City of Fort Lauderdale Police & Fire Retirement System**
**Transactions in Ariad Pharmaceuticals, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/30/2012 | 4,352 | 18.9745 |
| Purchase | 7/30/2012 | 923 | 18.9745 |
| Purchase | 9/7/2012 | 1,415 | 21.9570 |
| Purchase | 9/11/2012 | 700 | 22.8044 |
| Purchase | 9/18/2012 | 430 | 23.7006 |
| Purchase | 9/19/2012 | 570 | 23.7440 |
| Purchase | 10/5/2012 | 1,110 | 25.0143 |
| Purchase | 12/3/2012 | 530 | 22.1178 |
| Purchase | 12/4/2012 | 535 | 21.9934 |
| Purchase | 12/5/2012 | 385 | 21.4978 |
| Purchase | 12/14/2012 | 1,537 | 19.2478 |
| Purchase | 2/7/2013 | 2,270 | 20.1878 |
| Purchase | 3/18/2013 | 550 | 21.5320 |
| Purchase | 5/14/2013 | 478 | 17.7248 |
| Purchase | 7/5/2013 | 2,380 | 19.4492 |
| Sale | 4/25/2013 | (2,737) | 17.9329 |
| Sale | 6/17/2013 | (1,140) | 18.1400 |
| Sale | 9/17/2013 | (475) | 20.2274 |
| Sale | 10/9/2013 | (10,555) | 4.5943 |
| Sale | 10/9/2013 | (1,629) | 4.3409 |
| Sale | 10/9/2013 | (1,629) | 4.0249 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Thomas J. Hendricks, on behalf of Pension Trust Fund for Operating Engineers ("Operating Engineers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Operating Engineers. I have reviewed a complaint filed in this matter. Operating Engineers has authorized the filing of this motion for appointment as lead plaintiff.

2. Operating Engineers did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Operating Engineers is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Operating Engineers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Operating Engineers' transactions in the Ariad Pharmaceuticals, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Operating Engineers has sought to serve and was appointed as a lead plaintiff on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Yahoo! Inc. Securities Litigation*, Case No. 12-cv-2732 (N.D. Cal.)
    *In re Health Management Associates, Inc. et al.*, Case No. 12-cv-46 (M.D. Fla.)
    *Lifson v. Assisted Living Concepts, Inc. et al.*, Case No. 12-cv-884 (E.D. Wis.)

6. Operating Engineers is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

    *City of Sterling Heights Police & Fire Retirement System v. Kohl's Corporation et al.*,
    Case No. 13-cv-1159 (E.D. Wis.)

7. Operating Engineers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*In re Weatherford International Securities Litigation,* Case No. 11-cv-1646 (S.D.N.Y.)
*In re Cisco Systems Inc. Securities Litigation,* Case No. 11-cv-4568 (N.D. Cal.)
*Louisiana Municipal Police Employees' Retirement System v. The Bank of New York Mellon Corp. et al.,* Case No 11-cv-9175 (S.D.N.Y.)
*In re JPMorgan Chase & Co. Securities Litigation,* Case No. 12-cv-3852 (S.D.N.Y.)

8. Operating Engineers will not accept any payment for serving as a representative party on behalf of the Class beyond Operating Engineers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November, 2013.

*[signature: Thomas J. Hendricks]*
Thomas J. Hendricks
Executive Director
*Pension Trust Fund for Operating Engineers*

**Pension Trust Fund for Operating Engineers**
**Transactions in Ariad Pharmaceuticals, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/25/2012 | 3,380 | 17.4550 |
| Purchase | 7/25/2012 | 3,070 | 17.5044 |
| Purchase | 7/26/2012 | 2,680 | 17.8959 |
| Purchase | 7/26/2012 | 3,560 | 17.8566 |
| Purchase | 7/27/2012 | 1,840 | 18.3316 |
| Purchase | 8/8/2012 | 1,850 | 18.8095 |
| Purchase | 8/8/2012 | 810 | 18.8151 |
| Purchase | 8/8/2012 | 310 | 18.7550 |
| Purchase | 8/9/2012 | 1,210 | 18.9918 |
| Purchase | 8/10/2012 | 450 | 19.3050 |
| Purchase | 8/10/2012 | 350 | 19.1827 |
| Purchase | 8/10/2012 | 540 | 19.1943 |
| Purchase | 8/13/2012 | 670 | 19.2346 |
| Purchase | 10/24/2012 | 3,290 | 21.9933 |
| Purchase | 10/24/2012 | 2,730 | 22.0519 |
| Purchase | 10/25/2012 | 2,230 | 21.8458 |
| Purchase | 1/11/2013 | 590 | 19.2350 |
| Purchase | 1/11/2013 | 440 | 19.0850 |
| Purchase | 1/11/2013 | 3,280 | 19.2777 |
| Purchase | 1/15/2013 | 200 | 19.9640 |
| Purchase | 1/15/2013 | 1,190 | 19.9250 |
| Purchase | 1/14/2013 | 3,070 | 19.7858 |
| Purchase | 3/11/2013 | 350 | 21.8807 |
| Purchase | 3/12/2013 | 2,100 | 21.9950 |
| Purchase | 3/13/2013 | 4,590 | 22.0897 |
| Purchase | 3/13/2013 | 510 | 21.9813 |
| Purchase | 3/14/2013 | 810 | 22.2557 |
| Purchase | 8/6/2013 | 420 | 18.5198 |
| Purchase | 8/6/2013 | 550 | 18.4550 |
| Purchase | 8/6/2013 | 4,740 | 18.6396 |
| Purchase | 8/7/2013 | 1,690 | 18.9559 |
| Purchase | 8/7/2013 | 3,640 | 18.5407 |
| Purchase | 8/7/2013 | 1,210 | 18.8962 |
| Sale | 3/26/2013 | (290) | 18.0634 |
| Sale | 5/24/2013 | (4,400) | 19.6116 |
| Sale | 6/24/2013 | (2,620) | 16.4084 |
| Sale | 7/9/2013 | (1,890) | 19.2633 |
| Sale | 7/10/2013 | (2,080) | 19.0909 |
| Sale | 7/10/2013 | (490) | 19.0957 |
| Sale | 7/11/2013 | (990) | 19.1750 |
| Sale | 7/11/2013 | (1,790) | 19.2183 |
| Sale | 8/16/2013 | (31,930) | 17.7400 |
| Sale | 8/26/2013 | (92) | 19.2900 |
| Sale | 9/26/2013 | (75) | 19.1100 |
| Sale | 9/30/2013 | (37) | 18.4000 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Jim Beno, on behalf of Automotive Industries Pension Trust Fund ("Automotive Industries"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Automotive Industries. I have reviewed a complaint filed in this matter. Automotive Industries has authorized the filing of this motion for appointment as lead plaintiff.

2. Automotive Industries did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Automotive Industries is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Automotive Industries fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Automotive Industries' transactions in the Ariad Pharmaceuticals, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Automotive Industries has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Wilmington Trust Securities Litigation*, Case No. 10-cv-990 (D. Del.)

6. Automotive Industries will not accept any payment for serving as a representative party on behalf of the Class beyond Automotive Industries' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of October, 2013.

Jim Beno
Chairman
*Automotive Industries Pension Trust Fund*

**Automotive Industries Pension Trust Fund**
Transactions in Ariad Pharmaceuticals, Inc.

| Transaction | Date | Share | Price |
|---|---|---|---|
| Purchase | 11/1/2012 | 2,680 | 22.0402 |
| Purchase | 11/2/2012 | 2,470 | 21.7129 |
| Purchase | 11/2/2012 | 2,600 | 21.7731 |
| Purchase | 11/8/2012 | 2,910 | 20.8954 |
| Purchase | 11/29/2012 | 5,020 | 22.0230 |
| Purchase | 12/6/2012 | 4,100 | 21.8379 |
| Purchase | 12/7/2012 | 1,030 | 21.9900 |
| Purchase | 12/7/2012 | 460 | 22.0882 |
| Purchase | 8/6/2013 | 220 | 18.5198 |
| Purchase | 8/6/2013 | 290 | 18.4550 |
| Purchase | 8/6/2013 | 2,490 | 18.6396 |
| Purchase | 8/7/2013 | 890 | 18.9559 |
| Purchase | 8/7/2013 | 1,910 | 18.5407 |
| Purchase | 8/7/2013 | 630 | 18.8962 |
| Sale | 2/25/2013 | (980) | 21.4741 |
| Sale | 7/9/2013 | (770) | 19.2633 |
| Sale | 7/10/2013 | (850) | 19.0909 |
| Sale | 7/10/2013 | (200) | 19.0957 |
| Sale | 7/11/2013 | (730) | 19.2183 |
| Sale | 7/11/2013 | (400) | 19.1750 |
| Sale | 7/11/2013 | (1,660) | 19.2233 |
| Sale | 10/11/2013 | (3,560) | 4.4301 |
| Sale | 10/14/2013 | (2,010) | 4.1847 |
| Sale | 10/14/2013 | (10,480) | 4.2178 |
| Sale | 10/14/2013 | (6,060) | 4.0980 |