UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ARIAD Pharmaceuticals, Inc. Securities Litigation<br><br>This document relates to: all actions. | Case No. 1:13-cv-12544-WGY<br><br>Class Action |

## APPEARANCE OF COUNSEL

To The Clerk of Court and All Parties of Record:

Please enter my appearance in this case as counsel for Defendants ARIAD Pharmaceuticals, Inc., Harvey J. Berger, Timothy P. Clackson, Edward M. Fitzgerald, Frank G. Haluska, Jay R. LaMarche, Athanase Lavidas, Massimo Radaelli, Norbert G. Riedel, Robert M. Whelan, Jr., and Wayne Wilson. I am admitted or otherwise authorized to practice in this court.

/s/ *Andrew Nathanson*
Andrew Nathanson, BBO# 548684
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
 AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
ANNathanson@mintz.com

**Dated:** April 11, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of April, 2014, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

      /s/ *Andrew Nathanson*
      Andrew Nathanson

27564395v.1