# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ARIAD Pharmaceuticals, Inc. Securities Litigation<br><br>This document relates to: all actions. | Case No. 1:13-cv-12544-WGY<br><br>Class Action |

## AFFIDAVIT OF JOHN F. SYLVIA, ESQ.

I, John F. Sylvia, do hereby declare under penalty of perjury, based on my personal knowledge, the following:

1. I am a member of the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for defendants ARIAD Pharmaceuticals Incorporated, Harvey J. Berger, Frank G. Haluska, Timothy P. Clackson, Edward M. Fitzgerald, Jay R. LaMarche, Athanase Lavidas, Massimo Radaelli, Norbert G. Riedel, Robert M. Whelan, Jr., and Wayne Wilson (collectively, the "ARIAD Defendants"). I am familiar with the above-captioned action and am submitting this Affidavit and the exhibits attached hereto in support of the ARIAD Defendants' Motion to Dismiss the Corrected Consolidated Complaint.

2. Attached hereto as Exhibits A through G, to the best of my knowledge and belief, are true and correct copies of the following documents:

| Exhibit Letter | Description |
| --- | --- |
| A. | FDA, Center for Drug Evaluation and Research Summary Review, *available at* http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/203469Orig1s000SumR.pdf |
| B. | FDA, Novel New Drugs 2013 Summary (Jan. 2014), *available at* http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/DrugInnovation/UCM381803.pdf; FDA, 2012 Novel New Drugs Summary (Jan. 2013), *available at* http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/DrugInnovation/UCM337830.pdf; FDA, 2011 Novel New Drugs (Jan. 2012), *available at* http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/DrugInnovation/UCM293663.pdf. |
| C. | Press Release: ARIAD Announces Accelerated Approval by FDA of Iclusig (Ponatinib) for Patients with CML and Ph+ ALL Resistant or Intolerant to Prior Tyrosine Kinase Inhibitor Therapy (Dec. 14, 2012), *available at* http://investor.ariad.com/phoenix.zhtml?c=118422&p=irol-newsArticle_Print&ID=1767523&highlight= (last visited Apr. 7, 2014). |
| D. | FDA, Full Prescribing Information for Iclusig (ponatinib) (revised Dec. 2012), *available at* http://www.ariad.com/pdf/FINAL-APPROVED-LABEL-NDA-203469_AccApprovalLetter.pdf. |

E.  ARIAD Pharm., Inc. Q3 2012 Earnings Conference Call Edited Transcript (Thompson Reuters StreetEvents, Nov. 7, 2012).

F.  Google Finance, ARIA Historical Prices, *available at* http://www.google.com/finance?q=ARIA (follow "Historical prices," then set period to December 12, 2011 to October 30, 2013) (last visited Apr. 7, 2014).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2014.

/s/ *John F. Sylvia*

John F. Sylvia

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on April 14, 2014.

By: /s/ *John F. Sylvia*

27898575v.3