UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re: ARIAD Pharmaceuticals, Inc. Securities Litigation* | Case No. 1:13-cv-12544 (WGY)<br><br>This Document Relates To: All Actions<br><br>Class Action |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiffs hereby give notice that Arvind Khurana of Milberg LLP withdraws his appearance for Plaintiffs. All other counsel entered remain as counsel for Plaintiffs.

DATED:  December 29, 2016

Respectfully submitted,

**BERMAN DEVALERIO**

/s/ *Glen DeValerio*
Glen DeValerio (BBO #122010)
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194
Email:  gdevalerio@bermandevalerio.com

**Liaison Counsel for Plaintiff**

**MILBERG LLP**
Arvind Khurana (pro hac vice)
 akhurana@milberg.com
One Pennsylvania Plaza, 50th Floor
New York, New York 10119-0165
Tel:  (212) 594-5300
Fax:  (212) 868-1229

727719v1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) paper copies will be sent to those indicated as non-registered participants on December 29, 2016.

/s/ *Glen DeValerio*
Glen DeValerio

727719v1