# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: ARIAD Pharmaceuticals, Inc. Securities Litigation | ) ) ) ) ) ) ) No. 1:13-cv-12544 (WGY)<br><br>Class Action |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of Lead Plaintiffs Joseph Bradley, City of Fort Lauderdale Police & Fire Retirement System, Pension Trust Fund for Operating Engineers, Automotive Industries Pension Trust Fund, and William A. Gaul, D.M.D. and the proposed class in the above-captioned civil action.

Respectfully submitted,

/s/ Steven J. Buttacavoli
Steven J. Buttacavoli (BBO #651440)
BERMAN DeVALERIO
One Liberty Square
Boston, MA  02109
Tel/Fax:  617-542-8300; 617-542-1194
Email:  sbuttacavoli@bermandevalerio.com

Dated:  January 20, 2017

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 20, 2017.

                                              /s/ Steven J. Buttacavoli
                                              Steven J. Buttacavoli