# EXHIBIT A



# Quick Take

### Ariad Pharmaceuticals — Outperform (1)

### ARIA: $23.03

**December 11, 2012**

### Quick Take: Highlights From Management Breakfast

Analysts

**Phil Nadeau, Ph.D.**
(646) 562-1336
phil.nadeau@cowen.com

**Nicholas Bishop, Ph.D.**
(646) 562-1378
nicholas.bishop
@cowen.com

Yesterday we hosted a breakfast meeting with Ariad senior management and a group of investors. Attending from Ariad were Chairman and CEO Harvey Berger, President of R&D and Chief Scientific Officer Tim Clackson, Senior VP of Clinical R&D and Chief Medical Officer Frank Haluska, Senior VP of Commercial Operations Martin Duvall, Senior VP of Corporate Affairs Maria Cantor, and Director of Investor Relations Kendra Adams. Overall management continues to be optimistic about ponatinib's prospects for approval in the U.S. during Q1:13 with a favorable label. Our impression is that ponatinib's review has progressed, and that an approval well before ponatinib's PDUFA is very possible. Ponatinib's 65-person U.S. sales and marketing team has been hired, trained and is ready to launch. Management is generally satisfied with analysts' launch progressions, although notes that a few model too high of a portion of 2013 sales coming from Europe. Longer term, management thinks the evidence continues to mount that ponatinib is the most effective TKI for CML, and therefore that ponatinib has a very good chance of moving into the first line once the initial interim data from the EPIC trial are available. Additional details from the meeting follow. We continue to believe that Ariad is undervalued on the potential of ponatinib, without a contribution from AP26113, ridaforolimus or the rest of Ariad's pipeline. We expect Ariad to outperform over the next 12 – 18 months as ponatinib is launched and the development of '113 progresses.

**Management Confident That Ponatinib Will Be Approved in The U.S. During Q1:13, Broad Label Still A Possibility.** Yesterday Ariad's management team said that it remains confident that ponatinb will be approved on or before its March PDUFA. Our impression from the conversation is that there is a good chance the approval comes before the PDUFA, and potentially in January or February. While management would not go into detail about its discussions with the Agency, it did note that the review has progressed sufficiently that the range of possibilities for ponatinib's label have been narrowed. We believe this is suggestive of a review that is quite far along.

Ariad seems optimistic that a label could be granted for ponatinib in patients who have failed any prior TKI (rather than Tasigna and Sprycel specifically). A label for patients who have failed one or more TKI is a second-line indication, while an indication for patients after Tasigna and Sprycel specifically would not incorporate Gleevec failures, who make up a good portion of the second line today. Management notes that the fact that the FDA is no longer requiring a companion T315I diagnostic is suggestive of the broader label. If the label were to include language that Gleevec



**Ariad Pharmaceuticals**

patients need to have the T315I mutation, it would be logical that the FDA would require a T315I companion diagnostic to be approved at the same time. However, while hopeful, management would not commit to securing such a label, or comment specifically on the probability of being granted one, so we must be careful not to over-interpret what was said. Nonetheless, the fact that management is still optimistic about its chances for the more broad label at this stage in the review is encouraging, in our opinion. We believe most investors expect an indication specifically for Tasigna and Sprycel failures, and so a second line label would be a positive surprise.

**Ponatinib's Price To Be Announced At The Time Of Approval, Sales Guidance Likely On ARIA's Q4 Call In February.** Ariad has done extensive pricing work, and continues to expect to price ponatinib at a "modest" premium to Tasigna and Sprycel. While the final price will not be determined until the label is known, Ariad would seem to have identified the appropriate prices for the different label scenarios. Ariad will announce the price at the time of FDA approval.

Management reiterated its prior comments that 2013 worldwide sales are likely to be less than $50MM. Management is still determining how much more precise it can or should be with 2013 ponatinib guidance. While management will not provide further guidance at the time of approval, management does expect to provide some additional comments about expected 2013 ponatinb revenue on its Q4:12 earnings call in February 2013. We note that ponatinib must be approved and its price must be known before more precise guidance can be given. The fact that management expects to be in a position to issue such guidance in February is another datapoint from the breakfast that suggests to us that management is planning for the approval of ponatinib in early in Q1:13.

**Ponatinib's PACE Safety Data – ASH 2012**

## Ponatinib Phase 2 Study - PACE Treatment Emergent Serious AEs

| SAEs in >6 Patients Total | CP-CML (N=270) n (%) | Total Population (N=449) n (%) |
|---|---|---|
| **Non-hematologic** | | |
| Pancreatitis | 17 (6) | 24 (5) |
| Abdominal pain | 10 (4) | 18 (4) |
| Lipase increased | 5 (2) | 7 (2) |
| Diarrhea | 3 (1) | 7 (2) |
| Myocardial infarction | 8 (3) | 14 (3) |
| Cardiac failure | 5 (2) | 13 (3) |
| Atrial fibrillation | 8 (3) | 12 (3) |
| Hypertension | 6 (2) | 8 (2) |
| Coronary artery disease | 6 (2) | 6 (1) |
| Pneumonia | 7 (3) | 22 (5) |
| Pyrexia | 7 (3) | 15 (3) |
| Sepsis | 2 (1) | 8 (2) |
| Dehydration | 2 (1) | 6 (1) |
| Cellulitis | 2 (1) | 6 (1) |
| **Hematologic** | | |
| Anemia | 5 (2) | 13 (3) |
| Febrile neutropenia | 1 (<1) | 13 (3) |
| Thrombocytopenia | 4 (1) | 13 (3) |
| Pancytopenia | 1 (<1) | 6 (1) |
| Neutropenia | 2 (1) | 6 (1) |

* Serious adverse events of arterial thromboembolism, including arterial stenosis, were observed in patients with cardiovascular risk factors

16

Source: Ariad

**December 11, 2012**



**Serious Adverse Event Profile Acceptable, Particularly Given Patient Population.** Sunday's presentation was the first in which ponatinib's SAE's were disclosed. Management noted that the SAE profile is important for the regulators, as PACE was a single arm study, the Agency is likely to examine the profile closely to look for signs of possible toxicity. Ponatinib's profile continues to look very benign, with few worrisome signals. While pancreatitis is the most prevalent, the number of cases remains very low (5%) and has not increased appreciably since the ASCO presentation, corroborating management's claims that most occurs early in therapy. Just as important, only one patient discontinued therapy because of pancreatitis. Management thinks most of the other SAEs are related to the patient population – since they are sick and heavily pretreated, once would expect to see low rates of cardiovascular issues in particular. Management is confident the side effect profile will not impede regulatory approval or uptake.

**Still No Single Mutation Resistance To Ponatinib.** Following the presentation of the PACE data on Sunday the presenter was asked whether resistance to ponatinib had been observed. His answer was unclear, causing some confusion among investors. Management clarified yesterday morning. As ponatinib induces long remissions, the number of patients who have progressed while on it is relatively small, and therefore there is not a lot of data on resistance. Nonetheless, to date, a single point mutation causing resistance to ponatinib has yet to be observed. While the presence of compound mutations cannot be ruled out, the available data suggest they would be very rare if they do exist.

**Ponatinib's Salesforce Ready To Launch.** Ponatinib will be promoted by a 65-person team that includes medical science liaisons, corporate account managers, and account specialists (the field force, number somewhat less than 50). Ariad believes that the team has a similar number of FTE's as the Tasigna and Sprycel teams. The ponatinib team is experienced, having >575 years of combined experience, and one-third have sold another CML TKI. Ariad believes the exact label is less important to the early uptake of ponatinib in the relapsed and refractory population. Of more importance is ensuring that high CML TKI prescribers are aware of ponatinb and will write scrips. While management believes that awareness is high in the academic medical centers, its force has "work to do" to ensure universal recognition by community physicians. In the U.S. approximately 70% of prescriptions are written by the community, while 30% come from academic medical centers.

**Management Expects Modest EU Sales During 2013, But For ex-U.S. To Account For About 55-60% Of Ponatinib Revenue With Time.** Management continues to expect ponatinib to be approved in the EU during 2013, but cautioned that because reimbursement must be negotiated on a country by country basis, 2013 EU sales of ponatinib are likely to be quite modest. In fact, when asked about what the Street misunderstands about the ponatinib launch, management indicated that some model too high of a proportion of 2013 sales coming from EU. Management does expect to get some revenue out of the EU – for example, from the ATU program in France, and from the fledgling launches in countries that provide reimbursement shortly after approval – but that the EU will be a small contributor to 2013 ponatinib revenue. The prices of Tasigna and Sprycel in Europe are about one-half that of the U.S. Therefore it seems likely that ponatinib will also be priced at a discount compared to the U.S. Nonetheless, because there are so many more CML patients outside of the U.S. than in it, management does think that over time ex-U.S. sales will increase to be 55-60% of all.



**Ariad Pharmaceuticals**

**Management Hopeful That EPIC Interim Data Could Drive Some First Line Use.** Data continues to accumulate that ponatinib may be the most potent TKI for CML. In the updated dataset released on Sunday, ponatinib produced deep and durable responses, including an MMR rate of 34%, and a MR4.5 rate of 15%. In comparison, only 3% of these same chronic phase patients achieved MMR as their best response to prior therapy with Tasigna and Sprycel. Ariad believes some physicians will be quick to more ponatinib into naïve patients should even early, interim analyses of EPIC suggest that ponatinib's responses in newly diagnosed patients are deeper and more durable than those of the other TKI's.

**Next Release Of Data From '113's Phase I/II During H1:13.** Management provided a brief update on the development of AP26113. Dosing in the 240mg dose cohort has been completed, and '113 has been escalated to the 300mg dose. Ariad will make an announcement when the trial is transitioned from the dose-escalation phase to the Phase II expansion cohort. While '113's dose is being finalized, planning for '113's first Phase III in ALK+, Xalkori-resistant patients continues. Ariad noted that logistical planning and regulatory discussion are underway, and that the initiation of the trial will not be slowed by the continued dosing work. Ariad can first put together all other elements of the design, and finalize the dose just before initiation. Ariad continues to expect the refractory ALK trial to start "as soon as possible" during 2013. Ariad is still working to determine '113's potency against EGFR-mutant lung cancer. Ariad does not plan to disclose the EGFR data when it announces the initiation of the Phase II expansion phase. The data itself will be at ASCO, and may be presented at an International lung cancer meeting the month before, too.

**December 11, 2012**

COWEN
AND COMPANY

**Ariad Pharmaceuticals**

# Addendum

## STOCKS MENTIONED IN IMPORTANT DISCLOSURES

| Ticker | Company Name |
|--------|--------------|
| ARIA | Ariad Pharmaceuticals |

## ANALYST CERTIFICATION

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## IMPORTANT DISCLOSURES

Cowen and Company, LLC and or its affiliates make a market in the stock of ARIA securities.

Cowen and Company, LLC and/or its affiliates managed or co-managed a public offering of ARIA within the past twelve months.

Cowen and Company, LLC and/or its affiliates received in the past 12 months compensation for investment banking services from ARIA.

ARIA is or was in the past 12 months a client of Cowen and Company, LLC; during the past 12 months, Cowen and Company, LLC provided IB services.

ARIA has been client(s) of Cowen and Company, LLC in the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions.

## DISCLAIMER

This research is for our clients only. Our research is disseminated primarily electronically and, in some cases, in printed form. Research distributed electronically is available simultaneously to all Cowen and Company, LLC clients. All published research, including required disclosures, can be obtained on the Firm's client website, www.cowenresearch.com.

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC, which is regulated in the United States by FINRA and is disseminated in the United Kingdom by Cowen International Limited ("CIL"). In the United Kingdom, 'Cowen and Company' is a Trading Name of CIL. It is communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without the consent of CIL.

**Copyright, User Agreement and other general information related to this report**
© 2012 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed,



**Ariad Pharmaceuticals**

in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen.  Cowen research reports are distributed simultaneously to all clients eligible to receive such research prior to any public dissemination by Cowen of the research report or information or opinion contained therein.  Any unauthorized use or disclosure is prohibited.  Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets).  All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1000   **Boston** (617) 946-3700   **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240   **Cleveland** (440) 331-3531   **Atlanta** (866) 544-7009   **London (affiliate)** 44-207-071-7500

## COWEN AND COMPANY RATING DEFINITIONS (a)

| Rating | Definition |
|---|---|
| Outperform (1) | Stock expected to outperform the S&P 500 |
| Neutral (2) | Stock expected to perform in line with the S&P 500 |
| Underperform (3) | Stock expected to underperform the S&P 500 |

(a) Assumptions: Time horizon is 12 months; S&P 500 is flat over forecast period.

## COWEN AND COMPANY RATING ALLOCATION (a)

| Rating | Pct of companies under coverage with this rating | Pct for which Investment Banking services have been provided within the past 12 months |
|---|---|---|
| Buy (b) | 55.7% | 9.2% |
| Hold (c) | 41.9% | 1.7% |
| Sell (d) | 2.4% | 0.0% |

(a) As of 09/30/2012. (b) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's rating definitions (see above). (c) Corresponds to "Neutral" as defined in Cowen and Company, LLC's ratings definitions (see above). (d) Corresponds to "Underperform" as defined in Cowen and Company, LLC's ratings definitions (see above).  Note: "Buy," "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with NASD and NYSE regulations.

Cowen and Company Price and Ratings History
### Ariad Pharmaceuticals - ARIA



Pricing data provided by Reuters America. Chart as of 12/10/12 in USD.