**LABATON SUCHAROW LLP**
JONATHAN GARDNER (*pro hac vice*)
CAROL C. VILLEGAS (*pro hac vice*)
ROGER W. YAMADA (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
ryamada@labaton.com

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
JOHN C. BROWNE (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com

**MILBERG LLP**
SANFORD P. DUMAIN (*pro hac vice*)
One Pennsylvania Plaza, 50th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
sdumain@milberg.com

*Co-Lead Counsel for the Class*
*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ARIAD PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 1:13-cv-12544 (WGY) |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Lead Plaintiffs Joseph Bradley, the City of Fort Lauderdale Police & Fire Retirement System, Pension Trust Fund for Operating Engineers, Automotive Industries Pension Trust Fund, and William A. Gaul hereby move the Court to certify this ction as a class action, appoint Lead Plaintiffs as representatives of the Class (defined in the accompanying memorandum of law), and appoint Labaton Sucharow, Bernstein Litowitz, and Milberg LLP as Lead Class Counsel and Berman DeValerio as Liaison Class Counsel. In support of this motion, Lead Plaintiffs rely upon and incorporate by reference the accompanying memorandum of law and the declarations of Jonathan Gardner, Esq., Joseph Bradley, and William A. Gaul, and the exhibits attached thereto. For the reasons set forth in the memorandum of law, Lead Plaintiffs respectfully request that the Court grant this motion.

Respectfully submitted,

Dated: March 6, 2017

**LABATON SUCHAROW LLP**

By: */s/ Jonathan Gardner*

JONATHAN GARDNER (*pro hac vice*)
CAROL C. VILLEGAS (*pro hac vice*)
ROGER W. YAMADA (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
ryamada@labaton.com

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
JOHN C. BROWNE (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

- 2 -

Fax: (212) 554-1444
johnb@blbglaw.com

**MILBERG LLP**
SANFORD P. DUMAIN (*pro hac vice*)
One Pennsylvania Plaza, 50th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
sdumain@milberg.com

- 3 -

## **CERTIFICATE OF SERVICE**

I, Jonathan Gardner, hereby certify that on March 6, 2017, I caused a true and correct copy of the attached:

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Jonathan Gardner*
JONATHAN GARDNER