# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE ARIAD PHARMACEUTICALS, INC.   )     No. 1:13-cv-12544 (WGY)
SECURITIES LITIGATION                )

## JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

The undersigned Parties,[1] by and through their counsel, respectfully move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) granting preliminary approval to the proposed Settlement; (b) certifying the Settlement Class for settlement purposes; (c) approving the proposed form of Notice and Publication Notice; (d) approving the proposed methods of disseminating notice; (e) setting a date for the Settlement Hearing; and (f) such other and further relief as this Court deems just and proper. In support of this Joint Motion, the Parties state as follows:

On May 1, 2017, a mediation session scheduled before Magistrate Judge Donald L. Cabell was canceled by Court Order, ECF No. 213, and retired United States District Judge Faith Hochberg was engaged as private mediator by the Parties.

The mediation before Judge Hochberg took place on May 24, 2017 at the New York offices of Labaton Sucharow LLP. At this mediation, counsel for the Parties, on behalf of their

---

[1] The "Parties" are (i) the City of Fort Lauderdale Police & Fire Retirement System and (ii) William A. Gaul (the "Settlement Class Representatives") on behalf of themselves and the Settlement Class and (i) ARIAD Pharmaceuticals, Inc. ("ARIAD") and (ii) Harvey J. Berger, (iii) Timothy P. Clackson, (iv) Edward M. Fitzgerald, and (v) Frank G. Haluska (the "Individual Defendants") (ARIAD and the Individual Defendants are collectively referred to as the "Defendants" and, together with the Settlement Class Representatives, are referred to as the "Parties").

Capitalized terms not otherwise defined herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement dated November 29, 2017 (the "Stipulation") and filed contemporaneously herewith, as Exhibit 1 to the accompanying Declaration of Sanford P. Dumain.

respective clients, entered into a term sheet setting forth all material deal points associated with the resolution of the Action.

Based on this term sheet, the Parties subsequently negotiated and executed a Stipulation and Agreement of Settlement, dated November 29, 2017 (the "Stipulation").

Under the terms of the Stipulation, Plaintiffs' Co-Lead Counsel and Defendants' Counsel jointly shall apply to the Court for entry of an Order for Notice and Hearing, substantially in the form annexed hereto as Exhibit A.

The Settlement Class Representatives are contemporaneously filing a memorandum and an accompanying Declaration of Sanford P. Dumain and exhibits attached thereto, incorporated herein by reference, in support of this Joint Motion.

## Local Rule 7.1(a)(2) Certification

The undersigned Parties, by and through their counsel, hereby certify that they have conferred in good faith pursuant to Local Rule 7.1(a)(2) regarding the issues raised in this Joint Motion.

WHEREFORE, the Parties respectfully request that the Court allow this Joint Motion and enter the Order for Notice and Hearing, substantially in the form annexed hereto as Exhibit A.

*[Remainder of this page intentionally left blank]*

DATED:  November 29, 2017

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

By: */s/ John C. Browne*_____
     John C. Browne (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com

**Co-Lead Counsel for Plaintiffs**

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**

By: */s/ John F. Sylvia*_____
     John F. Sylvia, BBO# 555581
     Andrew Nathanson, BBO# 548684
     Matthew D. Levitt, BBO# 660554
     Rebecca L. Zeidel, BBO# 684697
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
JSylvia@mintz.com
ANNathanson@mintz.com
MDLevitt@mintz.com
RLZeidel@mintz.com

**Counsel for Defendants**

**LABATON SUCHAROW LLP**

By: */s/ Jonathan Gardner*_____
     Jonathan Gardner (*pro hac vice*)
     Carol C. Villegas (*pro hac vice*)
     Roger W. Yamada *(pro hac vice)*
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
ryamada@labaton.com

**Co-Lead Counsel for Plaintiffs**

**MILBERG LLP**

By: */s/ Sanford P. Dumain*_____
     Sanford P. Dumain (*pro hac vice*)
One Penn Plaza
New York, New York 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229
sdumain@milberg.com

**Co-Lead Counsel for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of November, 2017, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sanford P. Dumain*
Sanford P. Dumain