UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ARIAD PHARMACEUTICALS, INC. ) | No. 1:13-cv-12544 (WGY) |
| SECURITIES LITIGATION ) | |

**PLAINTIFFS' CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Plaintiffs' Co-Lead Counsel respectfully request that the Court award (a) attorneys' fees in the amount of 25% of the Gross Settlement Fund, or $875,000 plus interest accrued at the same rate as earned by the Gross Settlement Fund; (b) payment of $288,846.02 in litigation expenses; and (c) $61,450 in reimbursement of the Settlement Class Representatives' costs and expenses.

In support of this Motion, the Settlement Class Representatives and Plaintiffs' Co-Lead Counsel rely on the (a) Stipulation and Agreement of Settlement dated November 29, 2017 (the "Stipulation") (ECF No. 236) and all its Exhibits; (b) Memorandum of Law in Support of Plaintiffs' Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses; and (c) Joint Declaration of Sanford P. Dumain, John C. Browne, and Jonathan Gardner in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses and all Exhibits annexed thereto.

**Local Rule 7.1(a)(2) Certification**

Counsel for the Settlement Class Representatives hereby certify that the parties have conferred in good faith pursuant to Local Rule 7.1(a)(2) regarding the issues raised in this motion. Defendants take no position on the plaintiffs' request for attorneys' fees and reimbursement of expenses.

*[Remainder of this page intentionally left blank]*

1

DATED:  April 5, 2018

**BERMAN TABACCO**
Steven J. Buttacavoli (BBO # 651440)
1 Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
sbuttacavoli@bermantabacco.com

*Liaison Counsel for Plaintiffs*

Respectfully submitted,

**MILBERG TADLER PHILLIPS GROSSMAN LLP**

By: */s/ Sanford P. Dumain*
    Sanford P. Dumain (*pro hac vice*)
One Penn Plaza, Suite 1920
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
sdumain@milberg.com

*Co-Lead Counsel for Plaintiffs*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ John C. Browne*
    John C. Browne (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

By: */s/ Jonathan Gardner*
    Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2018, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ *Sanford P. Dumain*
Sanford P. Dumain

2