# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE ARIAD PHARMACEUTICALS, ) No. 1:13-cv-12544 (WGY)
INC. SECURITIES LITIGATION )

**DECLARATION OF LEAD PLAINTIFF WILLIAM A. GAUL
IN SUPPORT OF (I) MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND PLAN OF ALLOCATION AND (II) COUNSEL'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

I, WILLIAM A. GAUL, hereby declare under penalty of perjury as follows:

1. I am one of the Court-appointed Lead Plaintiffs and proposed Settlement Class Representatives in this securities class action (the "Action").[1] I submit this declaration in support of (i) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Plaintiffs' Co-Lead Counsel's motion for an award of attorneys' fees and payment of Litigation Expenses. I have personal knowledge of the matters set forth in this Declaration and, if called upon, I could and would testify competently thereto.

**I.   Oversight of the Action**

2. I had made very substantial investments in ARIAD common stock over a number of years and independently began to research the initial allegations when I first learned about the case and the lead plaintiff process. This was shortly after the precipitous price drop on October 9, 2013. Since I had suffered significant losses and had closely followed and been invested in the company since 2008, I believed I would be a well-qualified candidate to represent the class as lead plaintiff. Therefore, from October 9 to late November, I investigated and interviewed several firms to this end. Due to their experience and success in prosecuting securities litigation,

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of November 29, 2017 (ECF No. 233-1).

I finally decided upon Labaton Sucharow LLP and retained them. Throughout the progress of this Action as a Court-appointed Lead Plaintiff, I have had a strong incentive to vigorously pursue and participate in the litigation. I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995.

        3. On January 9, 2014, the Court appointed me as one of the Lead Plaintiffs in this Action. ECF No. 95. In my capacity as a Lead Plaintiff, I have had regular communications with Labaton Sucharow LLP ("Labaton Sucharow"), one of the Court-appointed lead counsel for the proposed class, throughout the litigation. I actively and continually monitored all material aspects of the prosecution and resolution of the Action. I received periodic status reports from Labaton Sucharow on case developments, and participated in regular discussions with attorneys concerning the prosecution of the Action, the appeal, class certification, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I:

    (i) regularly communicated with Labaton Sucharow by email and telephone regarding the posture and progress of the case;

    (ii) reviewed all significant pleadings and briefs filed in the Action and discussed them with Labaton Sucharow;

    (iii) reviewed the Court's orders and discussed them with Labaton Sucharow;

    (iv) engaged in time-consuming discovery efforts, including document productions and responses to written document requests and interrogatories;

    (v) expended considerable time and energies regularly evaluating the status and development of this litigation to confirm it was progressing in the best interests of the class;

    (vi) consulted with Labaton Sucharow regarding settlement negotiations, participated in pre-mediation preparation calls, and traveled to New York to attend the mediation that led to the proposed Settlement on May 24, 2017; and

    (vii) evaluated and approved the proposed Settlement.

**II.**   **Endorsement of the Settlement**

4. I was kept informed of the settlement discussions as they progressed, including through attending the mediation on May 24, 2017. Prior to and during the settlement negotiations and mediation process, I conferred with Labaton Sucharow regarding the parties' respective positions.

5. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. I further believe that the Settlement represents a favorable recovery for the Settlement Class, particularly in light of the substantial risks of continuing to prosecute the claims in this case. Therefore, I endorse approval of the Settlement by the Court.

### III. Plaintiffs' Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses

6. I further believe that Plaintiffs' Co-Lead Counsel's request, on behalf of all Plaintiffs' Counsel, for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the considerable work that Plaintiffs' Counsel performed on behalf of the Settlement Class, which included a successful appeal to the United States Court of Appeals for the First Circuit that partially restored the Exchange Act claims, a motion for class certification, and a successful rebuttal to Defendants' motion for judgment on the pleadings. I believe that the requested attorneys' fees would be fair in light of the result achieved for the class and to reasonably compensate Plaintiffs' Counsel for the work involved and the substantial risks counsel undertook in litigating the Action.

7. I further believe that the Litigation Expenses being requested for payment to Plaintiffs' Counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action.

8. I also understand that reimbursement of a lead plaintiff's reasonable costs and expenses (including lost wages) is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Plaintiffs' Co-Lead

3

Counsel's request for payment of Litigation Expenses, I seek reimbursement of my costs incurred directly relating to my representation of the Settlement Class in this Action.

9. I am a self-employed professional investor and investment manager with Doctoral, (D.M.D.), General Practice Residency, and Masters, (Clinical Psychology), degrees, investing my own assets as well as managing the assets of two family trusts, (including financial assets and several industrial buildings). In addition to running my own dental practice until 2000, over the last 30+ years I've performed these roles with an emphasis on Biopharmaceutical investing. My focus has always been on identifying and investing in very small companies with an innovative edge. I spend approximately 40 hours a week devoted to these business functions.

10. The time I've devoted to the representation of the Settlement Class in this Action was time that I otherwise would have devoted to my business, including time analyzing companies, developing and maintaining consultative relationships, managing the trusts, and performing actual investment and trade functions. Thus, because of my responsibilities to the Settlement Class, I believe I have missed out on certain business opportunities. I therefore seek reimbursement in the amount of $61,250.00 for time expended on this litigation, which totaled more than 250 hours at $245 per hour. The hourly rate used for purposes of this request is based upon my average annual earnings over the past 10 years. A shorter duration of earnings would have generated a much higher figure in terms of hourly rate in this case. However, the earnings of a professional investor are extremely variable. Therefore, longer periods of consideration are most likely to produce a more accurate and fair rate of compensation, which is why I've employed it here. Nevertheless, all of the hours claimed here, (not including the 35-40 hours involved in researching prospective law firms to pursue this litigation), were directly and solely related to my representation of the Settlement Class as Lead Plaintiff, as described above. However, in view of the significant sum involved, I have attached an Exhibit (Exhibit A), which summarizes my specific activities in support of this litigation and the class.

4

## IV. Conclusion

11. In conclusion, I was closely involved throughout the prosecution and settlement of the claims in this Action, endorse the Settlement as fair, reasonable, and adequate, and believe that it represents a favorable recovery for the Class. Accordingly, I respectfully request that the Court approve Plaintiffs' motion for final approval of the proposed Settlement and Plaintiffs' Co-Lead Counsel's motion for an award of attorneys' fees and payment of Litigation Expenses, including my request for reimbursement in the amount of $61,250.00 for my reasonable costs incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2018

*/s/ William A. Gaul, D.M.D.*
WILLIAM A. GAUL D.M.D.

# Exhibit A

## Exhibit A

| Date | Description | Time (in hours) |
|---|---|---|
| 10/9/2013-11/25/2013 | Time spent researching and interviewing prospective law firms to pursue this class action litigation (35-40 hours) | 0.00 |
| 11/2013-3/2018 (approx. 4 & 1/4 years) | Reading, reviewing & digesting approx. 2,100 pages of legal documents, and routinely considering their implications for the status of the case and best interests of the class | 105.00 |
| 11/2013-3/2018 | 55 calls with counsel-approx. 30 hours actual call time | 30.00 |
| (approx. 4 & 1/4 years) | Prep time for all calls with counsel | 10.00 |
| 11/2013-3/2018 (approx. 4 & 1/4 years) | 390 emails with counsel (Monitoring, composing, considering, and responding) | 80.00 |
| 5/10/17-5/11/17 | ESI (at Home) Data Collection (over 2 days) | 8.00 |
| 5/24/17 | Mediation / Settlement Hearing | 8.00 |
| 5/23/17 | Mediation Prep (Review of documents) | 4.00 |
| 5/23/17-5/24/17 | Mediation Transport (Driving) | 5.00 |
| | Total Hours | 250.00 |

_William A. Gaul D.M.D._
William A. Gaul D.M.D.

4/4/2018
Date