# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ARIAD PHARMACEUTICALS, INC. SECURITIES LITIGATION | ) No. 1:13-cv-12544 (WGY) ) |

**DECLARATION OF LYNN WENGUER ON BEHALF OF CITY OF FORT LAUDERDALE POLICE & FIRE RETIREMENT SYSTEM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Lynn Wenguer hereby declare under penalty of perjury as follows:

1. I am the Pension Administrator of the City of Fort Lauderdale Police & Fire Retirement System ("Fort Lauderdale Police & Fire"), one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action").[1] I submit this declaration in support of Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; Plaintiffs' Co-Lead Counsel's motion for an award of attorneys' fees and payment of Litigation Expenses; and request for reimbursement of reasonable costs incurred by Fort Lauderdale Police & Fire.

2. I have personal knowledge of the matters set forth in this Declaration and, if called upon, I could and would testify competently thereto. On January 9, 2014, the Court appointed Fort Lauderdale Police & Fire as one of the Lead Plaintiffs in this Action. ECF No. 95

3. Fort Lauderdale Police & Fire believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Fort Lauderdale Police & Fire further believes that the Settlement represents a favorable recovery for the Settlement Class, particularly in light

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of November 29, 2017 (ECF No. 233-1).

of the substantial risks of continuing to prosecute the claims in this case. Therefore, Fort Lauderdale Police & Fire endorses approval of the Settlement by the Court.

4. Fort Lauderdale Police & Fire further believes that Plaintiffs' Co-Lead Counsel's request, on behalf of all Plaintiffs' Counsel, for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the considerable work that Plaintiffs' Counsel performed on behalf of the Settlement Class, which included a successful appeal to the United States Court of Appeals for the First Circuit that partially restored the Exchange Act claims, a motion for class certification. Fort Lauderdale Police & Fire further believe that the Litigation Expenses being requested for payment to Plaintiffs' Counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action.

5. Fort Lauderdale Police & Fire also understands that reimbursement of a lead plaintiff's reasonable costs and expenses (including lost wages) is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Plaintiffs' Co-Lead Counsel's request for payment of Litigation Expenses, Fort Lauderdale Police & Fire seeks reimbursement of its costs incurred directly relating to its representation of the Settlement Class in the Action.

6. My primary responsibility at the Fort Lauderdale Police & Fire involves overseeing all aspects of Fort Lauderdale Police & Fire's operations, including overseeing litigation matters involving the funds, such as the Fort Lauderdale Police & Fire's activities in securities class actions where (as here) it has been appointed Lead Plaintiff.

7. The time that we devoted to the representation of the Settlement Class in this Action was time that we otherwise would have spent on other work for Fort Lauderdale Police &

Fire and, thus, represented a cost to Fort Lauderdale Police & Fire. Fort Lauderdale Police & Fire seeks reimbursement in the amount of $___200___ for time that I devoted to this Action in the amount of $___200___ (_2_ hours at $_100_ per hour.[2]

8.  In conclusion, Fort Lauderdale Police & Fire respectfully requests that the Court approve Plaintiffs' motion for final approval of the proposed Settlement and Plaintiffs' Co-Lead Counsel's motion for an award of attorneys' fees and payment of Litigation Expenses, including Fort Lauderdale Police & Fire's request for reimbursement in the amount of $___200___ for its reasonable costs incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct.

Executed this 3rd day of April 2018

_____
Lynn Wenguer

---

[2] The hourly rates used for purposes of this request are based on the annual salaries and benefits of the respective personnel who worked on this Action.