**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ARIAD PHARMACEUTICALS, | )   No. 1:13-cv-12544 (WGY) |
| INC. SECURITIES LITIGATION | ) |

## ORDER APPROVING PLAN OF ALLOCATION

THIS MATTER having come before the Court on May 10, 2018, on the motion of the City of Fort Lauderdale Police & Fire Retirement System and William A. Gaul for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      This Order incorporates by reference the definitions in the Stipulation of Settlement, dated November 29, 2017 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2.      Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation.  There were no objections to the Plan of Allocation.

3.      The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees, and Settlement Fairness Hearing (the "Notice") disseminated to Settlement Class Members, provides a fair and

reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

4.      The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

Dated:          Boston, Massachusetts
                _____, 2018

                                        _____
                                        WILLIAM G. YOUNG
                                        DISTRICT JUDGE