# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ARIAD PHARMACEUTICALS, INC. SECURITIES LITIGATION | NO. 1:13-cv-12544 (WGY) <br><br> **CLASS ACTION** |

**SUPPLEMENTAL DECLARATION OF ALEXANDER VILLANOVA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Alexander Villanova, declare and state as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. Epiq was retained by Plaintiffs' Co-Lead Counsel to provide notice and administration services in the above-captioned class action litigation (the "Action"), and appointed by the Court as the Claims Administrator.[1] I submit this declaration as a supplement to my earlier declaration, the Declaration of Alexander Villanova Regarding (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated April 3, 2018 (the "Mailing Declaration").

3. Since the execution of the Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Proof of Claim (together, the "Claim Packet") in response to requests from potential Settlement Class Members, brokers and other nominees. Through April 27, 2018, Epiq has disseminated a total of 7,686 Claim Packets to potential Settlement Class Members and nominees.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

4. The Notice informed potential Settlement Class Members that requests for exclusion were to be mailed or delivered to ARIAD Securities Litigation Exclusions, c/o Epiq Systems, Inc., Claims Administrator, P.O. Box 4230, Portland, OR 97208-4230, such that they were postmarked no later than April 19, 2018. Epiq provided the Mailing Declaration on April 3, 2018, prior to the exclusion deadline. Epiq has been monitoring all mail delivered to that post office box.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated November 29, 2017 (the "Stipulation").

5. As of the date of this Supplemental Declaration, Epiq has received no requests for exclusion from the Settlement Class.

6. Although Settlement Class Members who wish to object to the Settlement, the request for attorneys' fees and expenses, or the proposed plan of allocation were not supposed to send objections to Epiq (objections were to be filed with the Clerk of the Court and served on counsel), Epiq has checked all mail in the event objectors do not follow the instructions and instead mail objections to Epiq. As of the date of this Supplemental Declaration, Epiq has received no objections.

## REPORT ON CLAIMS RECEIVED

7. Pursuant to the Court's Order for Notice and Hearing, Claim Forms must be received or postmarked no later than April 26, 2018. (ECF No. 245, ¶¶ 5, 12(a)).  As of the April 26, 2018 claim filing deadline, Epiq has received 5,106 claims. This claim count will increase as mailed claims are received.

8. Of the claims received through April 26, 2018, 4,916 were filed by or on behalf of institutions and 190 claims were submitted by or on behalf of individuals.[2]  The claims received through April 26, 2018 represent a total of 199,415,946 shares of common stock purchased during the Class Period. Based on our preliminary review of these claims, the average number of shares of common stock purchased per claim is 39,055 shares. The preliminary total Recognized Losses of claimants to date, pursuant to the proposed Plan of Allocation, is $8,746,796.68.  Please note that these numbers are preliminary and subject to change, and thus Epiq is not able to provide final or potential recovery amounts at this time. Many of the claims received to date contain deficiencies, and claimants have not yet been given an opportunity to correct their deficiencies.

---

[2] As Epiq is still receiving, processing, and reviewing claims, the information provided herein is preliminary and subject to further quality assurance and quality control. It is intended only for informational purposes at this time.

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 27, 2018, at Beaverton, Oregon.

_____
Alexander Villanova

3