UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ARIAD PHARMACEUTICALS, INC. ) No. 1:13-cv-12544 (WGY)
SECURITIES LITIGATION )

## [PROPOSED] ORDER APPROVING SETTLEMENT DISTRIBUTION TO AUTHORIZED CLAIMANTS AND GRANTING RELATED RELIEF

**THIS MATTER** having come before the Court on the motion of The City of Fort Lauderdale Police & Fire Retirement System and William A. Gaul for authorization to distribute the Net Settlement Fund; the Settlement having reached its Effective Date; and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated as of November 29, 2017 (the "Stipulation," ECF No. 236).

2. The administrative recommendations of Epiq Class Action & Claims Solutions, Inc. ("Epiq" or "Claims Administrator"), the Court-appointed Claims Administrator, to accept the Proof of Claim and Release forms ("Claim Forms"), including the late but otherwise eligible Claim Forms, listed in Exhibits B-1 and B-2 to the Declaration of Alexander Villanova, dated June 27, 2019 (the "Villanova Declaration" or "Villanova Decl."), are hereby APPROVED.

3. As determined by the Claims Administrator, wholly rejected or otherwise ineligible Claim Forms are hereby REJECTED.

4. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Stipulation, the Court-approved

Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund set forth in paragraph 38 of the Villanova Declaration, which is hereby APPROVED.

5. No Claim Forms received or adjusted after May 18, 2019 will be eligible for payment for any reason.

6. A payment in the amount of $28,575 from the Settlement Fund for Epiq's estimate of its fees and expenses to be incurred in connection with the initial distribution of the Net Settlement Fund is hereby AUTHORIZED. If the incurred fees and expenses for the initial distribution are lower than the estimate, the Claims Administrator shall promptly reimburse the Net Settlement Fund.

7. The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation.

8. The Claims Administrator is authorized to destroy paper copies of the Claim Forms and all supporting documents one year after the initial distribution of the Net Settlement Fund and to destroy electronic copies of the same one year after all funds have been distributed.

9. The Court retains jurisdiction to consider any further applications concerning the administration of the Settlement and such other and further relief as this Court deems appropriate.

DATED this 10TH day of July, 2019

BY THE COURT:

*William A. Young*
William G. Young
UNITED STATES DISTRICT JUDGE